BART DALTON (SBN 187930)
bart@bdlegalgroup.com
KATARZYNA BROZYNSKI (pro hac vice)
kasia@bdlegalgroup.com
BROZYNSKI & DALTON PC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Tel: (972) 371-0679
Fax: (972) 637-9185

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPULENT TREASURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC. <br><br> Defendants. | Case No. 2:22-cv-02616-SSS (JCx) <br><br> **NOTICE OF ATTORNEYS' CHARGING LIEN** |
| YA YA CREATIONS, INC. <br><br> Counter-Claimant, <br><br> v. <br><br> OPULENT TREASURES, INC., <br><br> Counterdefendant. | |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Bart Dalton and Katarzyna Brozynski, in their capacity as partners for Brozynski & Dalton PC ("B&D"), assert an attorneys' charging lien based on legal services performed and costs incurred by B&D representing Plaintiff and Counterdefendant Opulent Treasures, Inc. ("Plaintiff").

This lien was formed by a written agreement between Plaintiff and B&D ("Engagement Agreement"). The Engagement Agreement includes a choice-of-law provision "stating that the laws of the State of Texas shall govern the validity, construction, enforcement and interpretation of the Engagement Agreement."

Charging liens are valid under Texas law. *Rotella v. Cutting*, No. 02-10-00028-CV, 2011 WL 3836456, at *5 (Tex. App. Aug. 31, 2011) ("Under Texas law, a contract may establish an attorney's lien for money received in judgment or settlement of a matter").

Charging liens are also valid under California law. *Carroll v. Interstate Brands Corp.*, 99 Cal.App.4th 1168, 1172 (2002) ("In California, an attorney's lien is created only by contract . . . by an express provision in the attorney fee contract").

A charging lien arises under these circumstances:

First, Plaintiff and B&D entered a written engagement agreement with Plaintiff ("Engagement Agreement") in which B&D agreed to offer legal services to Plaintiff. In the Engagement Agreement, Plaintiff agreed that B&D will have a lien for B&D's fees and advanced expenses on the matters which are the subject of the Engagement Agreement and on all proceeds of any recovery obtained whether by settlement, arbitration award, or court judgment or on any property obtained, including by trademark, copyright, rescission, specific performance, or other means.

Second, in the Engagement Agreement, Plaintiff acknowledged that it knows the right to seek the advice of independent counsel as to the lien provision and has been provided a reasonable opportunity to do so. Plaintiff agreed that its signature, which it provided, certified that Plaintiff either met with another attorney before signing or chose not to do so, but that Plaintiff understood that it had the right and could have consulted another legal counsel.

Third, under the Engagement Agreement, B&D acted as counsel for Plaintiff in offering pre-suit legal services since at least April 8, 2021. B&D has also served as counsel to Plaintiff in this matter since filing the initial complaint on August 17, 2021.

Fourth, On February 3, 2023, Plaintiff terminated B&D. B&D then filed a Request to Withdraw on February 6, 2023.

Fifth, Plaintiff owes B&D for fees and expenses incurred under the Engagement Agreement.

As a result, B&D maintains a substantial interest in any recovery that Plaintiff might recover. Bart Dalton and Katarzyna Brozynski therefore assert this attorneys' charging lien against any recovery that might be obtained by Plaintiff and demands that B&D's interests be recognized with the distribution of any recovery to Plaintiff or its counsel.

For these reasons, notice is given to all interested or affected parties and people of the attorney's charging lien against any recovery or proceeds obtained by Plaintiff or its counsel as described above.

Respectfully submitted,

Dated: February 6, 2023         BROZYNSKI & DALTON PC

By:  */s/ Bart Dalton*
     BART DALTON
     KATARZYNA BROZYNSKI (pro hac vice)