John van Loben Sels (SBN 201354)
jvanlobensels@thoits.com
Melissa K. Zonne (SBN 301581)
mzonne@thoits.com
Brittany M. Nobles (SBN 343513)
bnobles@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 205
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Plaintiff
OPULENT TREASURES, INC.

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC., <br><br> Defendants. | Case No.: 2.22-cv-02616-SSS-JC <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANT YA YA CREATIONS, INC.'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| YA YA CREATIONS, INC. <br><br> Counterclaimant, <br><br> v. <br><br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC., <br><br> Counterdefendant. | Date: April 21, 2023 <br> Time: 2:00 p.m. <br> Dept.: 2 <br><br> Pretrial Conference: June 20, 2023 <br> Trial Date: July 10, 2023 |

Plaintiff Opulent Treasures, Inc. ("Plaintiff") hereby submits the following Response to Defendant Ya Ya Creations, Inc.'s ("Defendant") Separate Statement of Uncontroverted Facts and Conclusions of Law.

| | DEFENDANT'S UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|---|
| 1. | Plaintiff Opulent Treasures, Inc. ("Opulent" or "Plaintiff") has no survey evidence showing that any of its alleged product configuration trade dresses are associated with Opulent.<br><br>Karish Dec., Exh. A (Opulent Deposition Transcript), at 158:21-159:8 | Disputed. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ the surveyed individuals would have to have associated certain product configuration trade dresses with Opulent in order to be subject to this confusion.<br><br>Declaration of Carol Wilson ("Wilson Decl."), ¶ 9, Exhibit 2 [HLCR Report] |
| 2. | Plaintiff has no records of any advertising expenses for any products prior to 2014.<br><br>Karish Dec., Exh. C Second Amended Responses to Defendants First Set of Rogs, p. 11, lines 13-14 | Partially disputed, as to the following:<br>Undisputed that Opulent no longer has records of advertising expenses prior to 2014. Disputed that this is evidence Plaintiff did not make expenditures on advertising of the products prior to 2014.<br><br>Wilson Decl., ¶ 5. |
| 3. | Plaintiff does not know how much was spent advertising any specific one of its products. | Undisputed that Plaintiff did not keep an accounting of advertising funds spent on a product by product basis. |

| | | |
|---|---|---|
| | Karish Dec., Exh. A (Opulent Deposition Transcript), at 91:3-18 | |
| 4. | From 2014 through 2021, Plaintiff spent a total of ▮▮▮▮▮ on advertising for all of its products combined.<br><br>Karish Dec., Exh. E (Advertising and Sales Info), at PX002811-PX002825 | Disputed that the advertising figure included "all" of Plaintiff's products.<br><br>Wilson Decl., ¶ 6. |
| 5. | There is no U.S. trademark registration for the product configurations in any of the OT1739, OT1769, OT898, OT899, OT1703, and OT1540 products.<br><br>Karish Dec., ¶ 10 | Undisputed. |
| 6. | Plaintiff has U.S. Trademark Registration 4,729,340 on the supplemental trademark register for a design similar to its OT836 products.<br><br>Dkt. No. 42 (Second Amended Complaint) at ¶ 35 | Undisputed. |
| 7. | There is no evidence of any actual confusion with regard to any of the accused products and any of Plaintiff's products.<br><br>Karish Dec., Exh. A (Opulent Deposition Transcript), at | Undisputed. |

3

PLAINTIFF'S RESPONSE TO DEFENDANT YA YA CREATIONS, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| | | | |
|---|---|---|---|
| | | 160:14-18; Karish Dec., Exh. D (Ya Ya Creations Deposition Transcript) at 127:9-15 | |
| | 8. | Prior to this lawsuit, Plaintiff never marked its products with any indication that the shape of the product is alleged to be a trademark.<br><br>Karish Dec., Exh. A (Opulent Deposition Transcript), at 168:4-169:20 | Partially disputed. Disputed as to the ambiguous references to "shape" and "indication". Undisputed that, prior to this lawsuit, Plaintiff did not put the U.S. Registration Numbers of Plaintiff's federally registered trademarks for Plaintiff's designs on Plaintiff's products. |
| | 9. | Prior to this lawsuit, Plaintiff never marked its product packaging or labels with any indication that the shape of the product is alleged to be a trademark.<br><br>Karish Dec., Exh. A (Opulent Deposition Transcript), at 169:22-170:2 | Partially disputed. Disputed as to the ambiguous references to "shape" and "indication". Undisputed that, prior to this lawsuit, Plaintiff did not mark its product packaging or labels with the U.S. Registration Numbers of Plaintiff's federally registered trademarks for Plaintiff's designs. |
| | 10. | Prior to this lawsuit, Plaintiff never had any indication on its website pages for any of the OT1172, OT1739, OT1769, OT898, OT899, OT1703, OT1540 and OT836 products that the shape of the product is alleged to be a trademark.<br><br>Karish Dec., ¶ 11 | Partially disputed. Disputed as to the ambiguous references to "shape" and "indication". Undisputed that, prior to this lawsuit, Plaintiff did not include the U.S. Registration Numbers of Plaintiff's federally registered trademarks for Plaintiff's designs on Plaintiff's website pages. |
| | 11. | Lamps Plus and others were selling similar products since at least 2014. | Partially disputed, as to the following:<br>Disputed as to the ambiguous |

| | | |
|---|---|---|
| | Karish Dec., Exh. G (July 31, 2014 U.S. Patent and Trademark Office action issued during prosecution of Opulent Treasures' U.S. Trademark No. 4,729,340 (on the secondary register)) at YYC00695-YYC00708 | reference to "others." Undisputed that Lamps Plus created and sold infringing products since 2014, and as a result, Plaintiff sued the company.<br><br>Karish Dec., Exh. H (Opulent's First Amended Complaint against Lamps Plus filed on June 9, 2022) at 14-19 |
| 12. | Lamps Plus continued selling their products up through 2022.<br><br>Karish Dec., Exh. H (Opulent's First Amended Complaint against Lamps Plus filed on June 9, 2022) at 14-19 | Undisputed. |
| 13. | Ya Ya Creations' CHDLR_045 products were sold in 2017 and Plaintiff's U.S. Trademark Reg. No. 5,912,235 registered on November 19, 2019.<br><br>Karish Dec., Exh. I (Schedule 1 to the Report of Opulent's Expert Witness Shelly Irvine), p. 1; Dkt. No. 42-1 at p. 4 | Undisputed. |
| 14. | Opulent Treasures did not serve a rebuttal report to the report of Ya Ya Creations' Expert Dr. Sara Parikh and did not take Ms. Parikh's deposition. | Undisputed. |

|    |                                                                                                                                                                        |            |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|    | Karish Dec., ¶ 13                                                                                                                                                      |            |
| 15.| Plaintiff has never had any design patents covering any of the product shapes at issue.<br><br>Karish Dec., Exh. A (Opulent Deposition Transcript), at 160:22-161:2    | Undisputed |

Dated: March 21, 2023                          **THOITS LAW**

By:    */s/ Melissa K. Zonne*
        **John van Loben Sels**
        **Melissa K. Zonne**
        **Brittany M. Nobles**
        **Attorneys for Plaintiff**
        **Opulent Treasures, Inc**.

PLAINTIFF'S RESPONSE TO DEFENDANT YA YA CREATIONS, INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW