Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for Defendant
and Counterclaim Plaintiff
YA YA CREATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC.<br><br>  Defendants.<br><br>YA YA CREATIONS, INC.<br><br>  Counterclaimant,<br><br>  v.<br><br>OPULENT TREASURES, INC.<br><br>  Counterdefendant. | Case No. 2:22-cv-02616-SSS-JC<br><br>**[PROPOSED] ORDER RE: DEFENDANT YA YA CREATIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[L.R. 56]**<br><br>Date: April 21, 2023<br>Time: 2:00 PM<br>Courtroom: 2<br><br>Pretrial Conference: June 20, 2023<br>Trial Date: July 10, 2023 |

1

[PROPOSED ORDER] RE: DEFENDANT YA YA CREATIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER having come before the Court on Defendant Ya Ya Creations, Inc.'s Objections to Plaintiff's Evidence In Opposition to Defendant's Motion for Summary Judgment, and the Court having reviewed the objections, underlying evidence and all subsequent pleadings filed in opposition to or in support thereof, as well as the records and files of the case herein, hereby rules on the objections as follows:

| Evidence Objected To | Objection | Ruling on Objection |
|---|---|---|
| 1. The Expert Report of Eddie Zaratsian (attached as Exhibit 1 to the Declaration of Carol Wilson). | Hearsay subject to no exception (FRE 801). The report is not signed under penalty of perjury. FRCP 56(c)(1) and 56(c)(4): the Zaratsian report is not an affidavit or a declaration and does not evidence that he can provide competent testimony establishing secondary meaning.<br><br>Mr. Zaratsian made it clear in his deposition that his opinion on secondary meaning was based only on his personal observation, his experience and his creative eye. (Suppl. Karish Dec., Exh. L (Zaratsian Deposition | Granted _____<br>Denied _____ |

| Evidence Objected To | Objection | Ruling on Objection |
|---|---|---|
| | Transcript) at 37.). Such evidence is not sufficient. *Sassafras Enters. v. Roshco, Inc.*, 915 F. Supp. 1, 8 (N.D. Ill. 1996)("Michalek's business experience might perhaps qualify him as an "expert" under Fed. R. Evid. 702 on some matters having to do with pizza stones . . . but there is surely nothing to suggest his qualifications as a mindreader. Simply put, he has not been shown to be capable of testifying as to the mental reactions that *other* persons would have on seeing Roshco's product."); *In re C2R Glob. Mfg.*, No. 18-30182-beh, 2021 Bankr. LEXIS 808, at *16 (Bankr. E.D. Wis. Mar. 30, 2021)("the Court is not satisfied that Sundby is qualified to offer opinions on consumer perceptions— opinions typically offered by | |

2

[PROPOSED ORDER] RE: DEFENDANT YA YA CREATIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| Evidence Objected To | Objection | Ruling on Objection |
|---|---|---|
| | experts with training and experience in conducting and interpreting consumer surveys.") | |
| 2. The Expert Report of Rhonda Harper (attached as Exhibit 2 to the Declaration of Carol Wilson). | Hearsay subject to no exception (FRE 801). The report is not signed under penalty of perjury.<br><br>FRCP 56(c)(1) and 56(c)(4): the Harper report is not an affidavit or a declaration and does not evidence that she can provide competent testimony establishing secondary meaning. Rhonda Harper testified that she did not conduct a survey regarding secondary meaning. (Supp. Karish. Dec., Exh. K (Harper Deposition Transcript) at 17:10-18:2).) | Granted _____<br>Denied _____ |
| 3. The Alleged Customer Statements Attached As Exhibit K to the Expert Report of Eddie Zaratsian (Dkt. 219-4 at pp. 132-213) | Hearsay subject to no exception (FRE 801). The boilerplate statements are not signed under penalty of perjury.<br>FRCP 56(c)(4): The | Granted _____<br>Denied _____ |

3

| Evidence Objected To | Objection | Ruling on Objection |
|---|---|---|
| and as Exhibit 1 to the expert report of Rhonda Harper (Dkt. 219-5 at pp. 110-191; Dkt. 219-6 at pp. 90-171). | boilerplate declarations do not evidence that the declarants had personal knowledge and show that the declarants are competent to testify on the matters stated. | |
| 4. The declarations attached as Exhibits K and L to the Expert Report of Eddie Zaratsian (Dkt. 219-4 at pp. 214-256) and as Exhibit 1 to the expert report of Rhonda Harper (Dkt. 219-5 at pp. 192-233); Dkt. 219-6 at pp. 172-213). | FRCP 56(c)(4): The boilerplate declarations made by the same 4 witnesses about 5 very different products do not evidence that the declarants had personal knowledge and show that the declarants are competent to testify on the matters stated. | Granted _____<br>Denied _____ |

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT
COURT JUDGE

[PROPOSED ORDER] RE: DEFENDANT YA YA CREATIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

A copy of [Proposed] Order Re: Defendant Ya Ya Creations, Inc.'s Objections to Plaintiff's Evidence In Opposition To Defendant's Motion for Summary Judgment was served upon the parties to this matter via the Court's CM/ECF system and via email on March 28, 2023.

*/s/ Marc A. Karish*

5

[PROPOSED ORDER] RE: DEFENDANT YA YA CREATIONS, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT