Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for Defendant
and Counterclaim Plaintiff
YA YA CREATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC.<br><br>  Defendants. | Case No. 2:22-cv-02616-SSS-JC<br><br>**NOTICE OF ERRATA CORRECTING EXHIBIT B TO DEFENDANT YA YA CREATIONS, INC.'S MOTION IN LIMINE #4** |
| YA YA CREATIONS, INC.<br><br>  Counterclaimant,<br><br>  v.<br><br>OPULENT TREASURES, INC.<br><br>  Counterdefendant. | Date:  June 9, 2023<br>Time:  2:00 PM<br>Courtroom: 2<br><br>Pretrial Conference: June 23, 2023<br>Trial Date: July 10, 2023 |

NOTICE OF ERRATA

1  PLEASE TAKE NOTICE THAT Exhibit B attached to Defendant Ya Ya
2  Creations, Inc.'s Motion in Limine #4 was missing a page.  A corrected copy of
3  Exhibit B is submitted herewith under seal.  The corrected Exhibit B was served on
4  Plaintiff's counsel on May 12, 2023.

Respectfully submitted:

KARISH & BJORGUM, PC

Date: May 18, 2023          By:   /s/ Marc A. Karish
                                  Marc A. Karish
                                  Attorneys for Defendant
                                  And Counterclaim Plaintiff
                                  YA YA CREATIONS, INC.

**CERTIFICATE OF SERVICE**

A copy of Notice of Errata Correcting Exhibit B To Defendant Ya Ya Creations, Inc.'s Motion in Limine #4 was served upon the parties to this matter via the Court's CM/ECF system and via email on May 18, 2023.

*/s/ Marc A. Karish*